**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**March 26, 2012**

**CASE NUMBER:  CV 12-00044 LB**
**CASE TITLE:  METABYTE,INC.-v-NVIDIA CORPORATION,ET.AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/26/12

FOR THE EXECUTIVE COMMITTEE:

_____  
  *Richard W. Wieking*  
  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects  
Log Book Noted                           Entered in Computer 3/26/12 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                  Transferor CSA