| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | STACEY E. STILLMAN (STATE BAR NO. 197459) |
| | sstillman@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, California 94025 |
| | Telephone: +1-650-614-7400 |
| 6 | Facsimile: +1-650-614-7401 |
| 7 | BENJAMIN S. LIN (STATE BAR NO. 232735) |
| | blin@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street, Suite 1100 |
| 9 | Irvine, California 92614 |
| | Telephone: +1-949-567-6700 |
| 10 | Facsimile: +1-949-567-6710 |

Attorneys for Defendants
NVIDIA CORPORATION, DAVID COOK, VIATCHESLAV GOSTRENKO, ANDREI OSNOVICH, MICHAEL YAROSLAVTSEV, and MIKHAIL KRIVEGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| METABYTE, INC., a California Corporation, | Case No. 3:12-cv-00044-LB (SC) |
| Plaintiff, | AMENDED [PROPOSED] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR (1) EXTENSION OF DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND (2) CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| NVIDIA CORPORATION, a Delaware Corporation, DAVID COOK, an individual, VIATCHESLAV GOSTRENKO, an individual, ANDREI OSNOVICH, an individual, MICHAEL YAROSLAVTSEV, an individual, MIKHAIL KRIVEGA, an individual, and DOES 1-5, | Dept: Courtroom 4<br>Judge: Hon. Samuel Conti |
| Defendants. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:752287118.2

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE
3:12-CV-00044-LB (SC)

1   Pursuant to the JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR (1)
2   EXTENSION OF DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND
3   (2) CONTINUANCE OF STATUS CONFERENCE filed on December 5, 2012;
4       IT IS HEREBY ORDERED THAT
5       1. Defendants' time to respond to Plaintiff's complaint shall be extended by thirty (30)
6   days, until January 4, 2013; and
7       2. The Case Management Conference and all associated deadlines shall be continued until
8   ~~March 14, 2013~~. March 22, 2013.
9       IT IS SO ORDERED.

12  Dated: ___12/7_____ 2012

IT IS SO ORDERED.
Judge Samuel Conti

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

OHSUSA:752287118.2

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-2-

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE STATUS CONFERENCE
3:12-CV-00044-LB (SC)