I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
STACEY E. STILLMAN (STATE BAR NO. 197459)
sstillman@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

BENJAMIN S. LIN (STATE BAR NO. 232735)
blin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California 92614
Telephone: +1-949-567-6700
Facsimile: +1-949-567-6710

Attorneys for Defendants
NVIDIA CORPORATION, DAVID COOK,
VIATCHESLAV GOSTRENKO, ANDREI
OSNOVICH, MICHAEL YAROSLAVTSEV, and
MIKHAIL KRIVEGA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| METABYTE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware Corporation, DAVID COOK, an individual, VIATCHESLAV GOSTRENKO, an individual, ANDREI OSNOVICH, an individual, MICHAEL YAROSLAVTSEV, an individual, MIKHAIL KRIVEGA, an individual, and DOES 1-5,<br><br>Defendants. | Case No. 3:12-cv-00044-LB (SC)<br><br>AMENDED [PROPOSED] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR (1) EXTENSION OF DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND (2) CONTINUANCE OF STATUS CONFERENCE<br><br>Dept: Courtroom 4<br>Judge: Hon. Samuel Conti |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:752287118.2

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE STATUS CONFERENCE
3:12-CV-00044-LB (SC)

1  Pursuant to the JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR (1)
2  EXTENSION OF DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND
3  (2) CONTINUANCE OF STATUS CONFERENCE filed on December 5, 2012;
4  IT IS HEREBY ORDERED THAT
5  1. Defendants' time to respond to Plaintiff's complaint shall be extended by thirty (30)
6  days, until January 4, 2013; and
7  2. The Case Management Conference and all associated deadlines shall be continued until
8  ~~March 14, 2013~~. March 22, 2013.
9  IT IS SO ORDERED.

12  Dated: _____12/7_____ 2012

IT IS SO ORDERED
Judge Samuel Conti

HON. _____
United States District Judge

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

OHSUSA:752287118.2

-2-

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE
3:12-CV-00044-LB (SC)