PAUL KOZACHENKO (SBN 104601)
paulk@gkfremontlaw.com
GONSALVES & KOZACHENKO
1133 Auburn Street
Fremont, CA 94538
Telephone:    (510) 770-3900
Facsimile:    (510) 657-9876

JOSEPH A. HEARST (SBN: 130284)
jahearst@pacbell.net
1563 Solano Ave. #525
Berkeley, CA  94707
Telephone:    (510) 528-6863

*Attorneys for Plaintiff Metabyte, Inc.*

I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

BENJAMIN S. LIN (SBN 232735)
blin@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone:    (949) 567-6700
Facsimile:    (949) 567-6710

*Attorneys for Defendants NVIDIA Corporation, David Cook, Viatcheslav Gostrenko, Andrei Osnovich, Michael Yaroslavtsev, and Mikhail Krivega*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| METABYTE, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION, a Delaware corporation, DAVID COOK, an individual, VIATCHESLAV GOSTRENKO, an individual, ANDREI OSNOVICH, an individual, MICHAEL YAROSLAVTSEV, an individual, and MIKHAIL KRIVEGA, an individual, and DOES 1-5,<br><br>  Defendants. | Case No. 3:12-cv-00044-SC<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

**TO THE COURT, PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the parties, by through their counsel of record, hereby stipulate and agree that this action, including but not limited to all causes of action asserted by Plaintiff Metabyte, Inc., shall be and hereby is voluntarily dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: May 6, 2014

Respectfully submitted,

PAUL KOZACHENKO
GONSALVES & KOZACHENKO

By: */s/ Paul Kozachenko /s/*
Paul Kozachenko
Attorneys for Plaintiff Metabyte, Inc.

JOSEPH A. HEARST

By: */s/ Joseph A. Hearst /s/*
Joseph A. Hearst
Attorneys for Plaintiff Metabyte, Inc.

Dated: May 6, 2014

I. NEEL CHATTERJEE
MICHAEL C. SPILLNER
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ I. Neel Chatterjee /s/*
I. NEEL CHATTERJEE
Attorneys for Defendants NVIDIA Corporation, David Cook, Viatcheslav Gostrenko, Andrei Osnovich, Michael Yaroslavtsev, and Mikhail Krivega

**CERTIFICATION OF CONCURRENCE**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the signatories.

*/s/ Paul Kozachenko /s/*
*Paul Kozachenko*